No. 19-17176

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

Experian Information Solutions, Inc.,
Defendant/Appellant,

v.

Louis A. Cardinali,
Plaintiff/Appellee.

_____

On Appeal from the United States District Court for the District of Nevada
Case No. 2:16-cv-02046-JAD-NJK

_____

APELLANT'S STATUS REPORT AND MOTION TO DISMISS
APPEAL

_____

| | |
|---|---|
| Adam W. Wiers | Jennifer L. Braster |
| Christopher A. Hall | NAYLOR & BRASTER |
| Jones Day | 1050 Indigo Drive, Suite 200 |
| 77 W. Wacker Ave. | Las Vegas, NV  89145 |
| Chicago, IL 60601 | |

ATTORNEYS FOR APPELLANT
EXPERIAN INFORMATION SOLUTIONS, INC.

1

On October 28, 2019, Appellant Experian Information Solutions, Inc. ("Experian") filed its notice of appeal of the Order Re: Cross-Motions for Summary Judgment and Other Matters" (the "Order") (ECF No. 208) entered in this action on September 26, 2019 and in particular and exclusively the portion of the Order denying Experian's renewed motion for sanctions. Thereafter, this Court held in abeyance the appellate proceedings as the notice of appeal was filed during the pendency of a motion listed in Federal Rule of Appellate Procedure 4(a)(4). (Order filed 10/31/19). The District Court subsequently granted Experian's motion for reconsideration of its order denying Experian's renewed motion for sanctions. As such, Experian respectfully requests this Court dismiss its appeal pursuant to Federal Rule of Appellate Procedure 42.

Dated this 8th day of June 2021.

NAYLOR & BRASTER

*/s/ Jennifer L. Braster*
Jennifer L. Braster

*Attorneys for Appellee Experian Information Solutions, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** 19-17176

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

APELLANT'S STATUS REPORT AND MOTION TO DISMISS APPEAL

**Signature** /s/ Amy Reams     **Date** 6/8/21

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**                                                                                                                   *Rev. 12/01/2018*